# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATHAN SUTTON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL CASH, INC.,<br><br>Defendant. | Case No.: CV 11-09849 CAS (PJWx)<br><br>**ORDER RE DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE**<br><br>**[JS-6]** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff hereby dismisses the above-captioned matter in its entirety.

Pursuant to California Rules of Court Rule 3.770(a), no consideration was paid to any Plaintiff or Plaintiff's counsel, directly or indirectly, in consideration for dismissing this action without prejudice.

DATED: May 30, 2012      By: _/s/ Christina A. Snyder_

HON. CHRISTINA A. SNYDER
United States District Judge